AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____Maryland_____

JAMES BOOKER

V.

UNUM INSURANCE COMPANY
OF AMERICA n/k/a UNUM PROVIDENT
CORPORATION, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: AMD-03-215

TO: (Name and address of Defendant)

Registered Agent
Corporation Trust Incorporated
300 E. Lombard Street
Baltimore, MD 21202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott B. Elkind
Elkind and Shea
801 Roeder Road, Ste. 550
Silver Spring, MD 20910

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

CLERK

_H. Lee_

(By) DEPUTY CLERK

March 11, 2003

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Maryland |

JAMES BOOKER

V.

THE NATIONAL RAILROAD
PASSENGER CORPORATION
ACCIDENT AND SICKNESS PLAN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: AMD-03-215

TO: (Name and address of Defendant)

Registered Agent
National Railroad Passenger Corp.
60 Massachusetts Ave.
Washington, DC 20002

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott B. Elkind
Elkind and Shea
801 Roeder Road, Ste. 550
Silver Spring, MD 20910

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

*/s/ H. Lee*
(By) DEPUTY CLERK

**March 11, 2003**
DATE