IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES BOOKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD-03-CV-215 |
| UNUMProvident Corporation, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF EXTENSION OF TIME**

The Plaintiff and the Defendants, by their undersigned counsel, hereby stipulate and agree that the Defendants shall have an extension of time until May 8, 2003 within which to file their responses to the Complaint filed against them herein.

/s/
Scott B. Elkind
Elkind & Shea
801 Roeder Road, Suite 550
Silver Spring, MD 20910
(301) 495-6665
Attorneys for James Booker

/s/
J. Snowden Stanley, Jr., Fed. Bar #00059
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, MD 21201
(410) 539-5040
Attorneys for UNUMProvident Corporation

/s/
Eric Paltell
Kollman & Saucier, P.A.
Sun Life Building
20 South Charles Street, 8th Floor
Baltimore, MD 21201
(410) 727-4391
Attorneys for The National Railroad
 Passenger Corp. Accident & Sickness Plan

## **ORDER**

The foregoing Stipulation is hereby approved.

Date_April 8, 2003_____          _/s/ Andre M. Davis_____
                                                              Judge, United States District Court
                                                               For the District of Maryland

(B0334142.WPD;1)