IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES BOOKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD-03-CV-215 |
| UNUMProvident Corporation, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## STIPULATION FOR EXTENSION OF TIME

The Plaintiff and the Defendants, by their undersigned counsel, hereby stipulate and agree that each Defendant shall have a further extension of time until May 19, 2003 within which to respond to the Plaintiff's Complaint.

/s/
Scott B. Elkind
Elkind & Shea
801 Roeder Road, Suite 550
Silver Spring, MD 20910
(301) 495-6665

Attorneys for James Booker

/s/
J. Snowden Stanley, Jr., Fed. Bar #00059
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, MD 21201
(410) 539-5040

Attorneys for UNUMProvident Corporation

/s/
Eric Paltell
Kollman & Saucier, P.A.
Sun Life Building
20 South Charles Street, 8th FL
Baltimore, MD 21201
(410) 727-4391
Attorneys for National Railroad

## **ORDER**

The foregoing Stipulation for Extension of Time is hereby approved.

Date_____    _____
                                                           Judge, United States District Court
                                                            For the District of Maryland

(B0341968.WPD;1)