IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES BOOKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD-03-CV-215 |
| UNUMProvident Corporation, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR STAY

The Plaintiff and the Defendants, by their undersigned counsel, respectfully move this Court to order a Stay of this action for 120 days to permit the Claims Administrator to consider materials submitted by the Plaintiff. The parties propose to submit a joint status report to the Court in 120 days from the date of the Order issued on this Motion.

Respectfully submitted,

/s/
Scott B. Elkind
Elkind & Shea
801 Roeder Road, Suite 550
Silver Spring, MD 20910
(301) 495-6665
Attorneys for James Booker

/s/
J. Snowden Stanley, Jr., Fed. Bar #00059
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, MD 21201
(410) 539-5040
Attorneys for UNUMProvident Corporation

/s/
Eric Paltell
Kollman & Saucier, P.A.
Sun Life Building
20 South Charles Street, 8th Floor
Baltimore, MD 21201
(410) 727-4391
Attorneys for The National Railroad
 Passenger Corp. Accident & Sickness Plan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES BOOKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD-03-CV-215 |
| UNUMProvident Corporation, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## **ORDER**

The foregoing Motion is hereby approved, and this matter is hereby stayed for 120 days from the date of this Order. The parties are hereby directed to submit a joint Status Report no later than 120 days from the date of this Order.

Date_____          _____
                                                                    Judge, United States District Court
                                                                     For the District of Maryland

(B0342695.WPD;1)