IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES BOOKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD-03-CV-215 |
| UNUMProvident Corporation, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## **ORDER**

The foregoing Motion is hereby approved, and this matter is hereby stayed for 120 days from the date of this Order. The parties are hereby directed to submit a joint Status Report no later than 120 days from the date of this Order.

Date___May 27, 2003_____      _ /s/ Andre M. Davis_____
                                    Judge, United States District Court
                                     For the District of Maryland

(B0342695.WPD;1)