IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES BOOKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD-03-CV-215 |
| UNUMProvident Corporation, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT STIPULATION

The Plaintiff and the Defendants, by their undersigned counsel, respectfully stipulate that the Plaintiff's claim for a lifetime rail pass from the National Railroad Passenger Corporation Accident & Sickness Plan is solely based upon the disability determination undertaken by UnumProvident Corporation or subsequent finding by this Court concerning that determination. The parties further stipulate that Provident Corporation and UNUM Life Insurance Company of America have no responsibility to issue or procure the lifetime rail pass for the National Railroad Passenger Corporation Accident and Sickness Plan.

| | |
|---|---|
| /s/ | /s/ |
| Scott B. Elkind | J. Snowden Stanley, Jr., Fed. Bar #00059 |
| Elkind & Shea | Semmes, Bowen & Semmes |
| 801 Roeder Road, Suite 550 | 250 West Pratt Street |
| Silver Spring, MD 20910 | Baltimore, MD 21201 |
| (301) 495-6665 | (410) 539-5040 |
| | |
| Attorneys for James Booker | Attorneys for UNUMProvident Corporation |

/s/_____
Eric Paltell
Kollman & Saucier, P.A.
Sun Life Building
20 South Charles Street, 8th FL
Baltimore, MD 21201
(410) 727-4391
Attorneys for National Railroad


(B0347122.WPD;1)