**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| JAMES BOOKER, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD-03-215 |
| NATIONAL RAILROAD PASSENGER CORPORATION ACCIDENT & SICKNESS PLAN, | * * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \*

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, James Booker, and Defendant, National Railroad Passenger Corporation Accident & Sickness Plan, hereby stipulate to the dismissal of all claims against Defendant National Railroad Passenger Corporation Accident & Sickness Plan with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Both parties shall bear their own fees and costs.

The filing of this Stipulation shall have no bearing on Plaintiff's surviving claims against Defendant UNUM Insurance Company of North America.

Respectfully submitted,

_____     _____
Scott B. Elkind     Eric Paltell
Stephen F. Shea     Kollman & Saucier, P.A.
Elkind & Shea     Sun Life Building, 8th Floor
801 Roeder Road, Suite 550     20 S. Charles Street
Silver Spring, Maryland 20910     Baltimore, Maryland  21201
(301) 495-6665     (410) 727-4300
Attorneys for Plaintiff     Attorneys for Defendant
**JAMES BOOKER**     **STANDARD INSURANCE COMPANY**


_____
J. Snowden Stanley, Jr.
Semmes, Bowen & Semmes, P.C.
250 W. Pratt Street
Baltimore, Maryland 21201
(410)539-5040
Attorneys for
**UNUM INSURANCE COMPANY OF AMERICA N/K/A UNUMPROVIDENT CORPORATION**