**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

December 26, 2003

MEMORANDUM TO COUNSEL RE:

Booker v. Unum Ins. Co. of America
Civil No. AMD 03-215

    The parties are directed to submit via EF/ECM a joint status report in this administratively closed and stayed action on or before January 12, 2004.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt