IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES BOOKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD-03-CV-215 |
| UNUMProvident Corporation, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff and the Defendants, by their undersigned counsel, hereby stipulate and agree that this case shall be dismissed with prejudice.

| | |
|---|---|
| /s/ | /s/ |
| Scott B. Elkind | J. Snowden Stanley, Jr., Fed. Bar #00059 |
| Elkind & Shea | Semmes, Bowen & Semmes |
| 801 Roeder Road, Suite 550 | 250 West Pratt Street |
| Silver Spring, MD 20910 | Baltimore, MD 21201 |
| (301) 495-6665 | (410) 539-5040 |
| | |
| Attorneys for James Booker | Attorneys for UNUMProvident Corporation |

/s/
Eric Paltell
Kollman & Saucier, P.A.
Sun Life Building
20 South Charles Street, 8th FL
Baltimore, MD 21201
(410) 727-4391
Attorneys for National Railroad

# **O R D E R**

The foregoing Stipulation is hereby approved.

Date_____            _____
                                                                                     Judge, United States District Court
                                                                                      For the District of Maryland

(B0414127.WPD;1)